JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. 5:22-cv-00553-JWH-SP | Date July 27, 2022 |
| Title *Hoang Minh Le v. ALKHATIB, LLC* | |

Present: The Honorable  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER DISMISSING CASE (IN CHAMBERS)**

On July 13, 2022, this Court ordered Plaintiff Hoang Minh Le to show cause why this Court should exercise supplemental jurisdiction over his Unruh Act claim.[1] The Court instructed Le to file a response to the OSC no later than July 22, 2022. The Court warned Le that his failure to respond to the OSC could result in "(1) the dismissal of the entire action without prejudice; or (2) the Court declining to exercise supplemental jurisdiction over the Unruh Act claim, and the dismissal of that claim pursuant to 28 U.S.C. § 1367(c)."[2]

Le failed to respond in any way to the OSC by the deadline that the Court set. In view that failure, the Court elects to **DISMISS** the entire action **without prejudice**. The Court also **DIRECTS** the Clerk to close the case.

**IT IS SO ORDERED.**

---

[1]   Order Regarding Suppl. Jurisdiction (the "OSC") [ECF No. 26].

[2]   *Id.* at 2.